Prob 12
(Rev 3/87)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Garrick James Marshman              Docket No. 96-00185-02

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Garrick James Marshman, who was placed on supervision by the Honorable Donetta W. Ambrose sitting in the Court at Pittsburgh, Pennsylvania, on the 22nd day of August 1997, who fixed the period of supervision at 5 years' supervised release and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- To participate in a program of drug testing.
- To pay a special assessment of $250.

08/22/97:   RICO Conspiracy and Conspiracy to Distribute and Possession With Intent to Distribute 50 Grams or More of Cocaine Base; 135 months in the custody of the Bureau of Prisons, to run concurrently at counts 1s, 2s, and 75s. A 5-year term of supervised release was also imposed.
09/03/97:   Sentence was amended to include the term of supervision of 5 years to run concurrent at each count.
12/28/06:   Released to supervision: Currently supervised by U.S. Probation Officer Rosa A. Doherty.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has violated the following conditions of supervised release:

**The defendant shall report to the probation officer and shall submit a truthful and complete written report every month.**

Mr. Marshman has failed to submit a written monthly report form since February 2009.

**The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.**

Mr. Marshman was terminated from the Olive Garden Restaurant after failing to appear for his scheduled work day on May 6, 2009. He failed to notify the Probation Office of his termination. It is not known if he is employed elsewhere.

**The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.**

Mr. Marshman was evicted from his last known address, 70 North Sprague Street, Apartment B, Bellevue, Pennsylvania, 15202 in early May 2009. He has failed to contact the Probation Office with a new address.

U.S.A. vs. Garrick James Marshman
Docket No. 96-00185-035
Page 2

PRAYING THAT THE COURT WILL ORDER a bench warrant be issued for the arrest of the supervised releasee for alleged violation of supervision and that bond be set at  By U.S Magistrate Judge

ORDER OF COURT

Considered and ordered this 1ST day of June, 20 09 and ordered filed and made a part of the records in the above case.

_____
Chief United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 27, 2009

_____
Rosa A. Doherty
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:  Pittsburgh, Pennsylvania