IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 96-185 |
| | ) |
| GARRICK JAMES MARSHMAN, | ) |
| Defendant. | ) |

### ORDER

AND NOW, this 1st day of September, 2009, following a hearing on defendant's supervised release violation, IT IS HEREBY ORDERED the judgment and commitment order, dated August 22, 1997, is amended to include the following condition of supervision:

> "The defendant shall be placed on electronic monitoring for a period of six (6) months. During this time, the defendant shall remain at his place of residence except for employment, religious services, doctors' appointments and other activities approved in advance by the probation officer. The defendant shall wear an electronic device and shall observe the rules specified by the probation department. The defendant is to pay the cost of the electronic monitoring portion of this sentence, not to exceed the daily contractual rate and shall be made in accordance with the probation officer's direction. Changes to the established rate can be made by the probation officer, subject to supervisory approval."

All other terms of the court's sentence shall remain in full force and effect.

BY THE COURT:

_____, J.

cc:   Shaun E. Sweeney,
      Assistant United States Attorney

      W. Penn Hackney,
      Assistant Federal Public Defender

      Rosa A. Doherty,
      United States Probation Officer

      United States Marshal